(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Helms, Ronnie J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA Things For Sale; AKA Ronnie J. Helms, Rev.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-9247** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1323 Genesee Street Ext.**<br>**Rochester, NY 14611** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Monroe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>  Must attach signed application for the court's consideration<br>  certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):                  **FORM B1**, Page 2<br>**Helms, Ronnie J.** |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>  ☐ Exhibit A is attached and made a part of this petition. |

**Signature of Debtor(s) (Individual/Joint)** continued:

**X**   **/s/ Ronnie J. Helms**
Signature of Debtor **Ronnie J. Helms**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

  **May 5, 2005**
Date

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X**  **/s/ John A. Belluscio, Esq.**         **May 5, 2005**
   Signature of Attorney for Debtor(s)      Date
   **John A. Belluscio, Esq.**

**Signature of Attorney**

**X**   **/s/ John A. Belluscio, Esq.**
Signature of Attorney for Debtor(s)

  **John A. Belluscio, Esq.**
Printed Name of Attorney for Debtor(s)

  **John A. Belluscio, Esq.**
Firm Name

  **One East Main Street, Suite 400**
  **Rochester, NY 14614**

Address      **Email: jbelluscio@choiceonemail.com**
  **(585) 454-4635 Fax: (585) 454-1162**
Telephone Number

  **May 5, 2005**
Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
  ☐ Yes, and Exhibit C is attached and made a part of this petition.
  ■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

24 Brown Street, Inc.
24 Brown Street
Barberton, OH 44203


AAA Financial Services
P.O. Box 15289
Wilmington, DE 19886


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101


Alice Kitcken
32 N. Country Club Drive
Rochester, NY 14618


American Express
P.O. Box 1270
Newark, NJ 07101


American Express
Establishment Services
P.O. Box 53252
Phoenix, AZ 85072


Bank of America
P.O. Box 30770
Tampa, FL 33630


Barbour Publishing
Box 719
1810 Barbour DRive
Uhrichsville, OH 44683


Bertels Can Company
Hanover Industrial Estates
P.O. Box 1006
Wilkes Barre, PA 18703


Beverly D. Cunningham
219 Lyell Avenue
Spencerport, NY 14559

C&C Floral, Inc.
1245 West Washington Boulevard
Chicago, IL 60607


C&F Enterprises, Inc.
819 Blue Crab Road
Newport News, VA 23606


Catherine Moore
8 Spring Rund
Clifton Springs, NY 14432


Chase
P.O. Box 15650
Wilmington, DE 19886


Colonial Candle of Cape Cod
P.O. Box 98407
Chicago, IL 60693


Cornell Importers, Inc.
1462 18th Street N.W.
Saint Paul, MN 55112


Country Artists USA
P.O. Box 600
Grantsville, MD 21536


Cuppa
1921 5th Avenue South
Saint Petersburg, FL 33712


Danielle Fowler
P.O. Box 142
Port Gibson, NY 14537


Dave Grossman/Gift of Sound
1608 North Warson Road
Saint Louis, MO 63132


Direct Merchants Bank
P.O. Box 22124
Tulsa, OK 74121

Discover Network
P.O. Box 3016
New Albany, OH 43054


Evergreen
5915 Midlothian Turnpike
Richmond, VA 23225


Figi
P.O. Box 31001-0872
Pasadena, CA 91110


Frontier Communications
P.O. Box 20567
Rochester, NY 14602


Gift of Sound
1608 N. Warson Road
Saint Louis, MO 63132


Global Payments
10705 Red Run Boulevard
Owings Mills, MD 21117


Great Finds
32286 3rd Street
Beatrice, NE 68310


Hagen-Renaker
P.O. Box 427
San Dimas, CA 91773


Heritage Lace
P.O. Box 328
Pella, IA 50219


HSBC Bank
Suite 0241
Buffalo, NY 14270


HSBC Bank USA, NA
P.O. Box 17332
Baltimore, MD 21297

HSBC Bank USA, NA
P.O. Box 37278
Baltimore, MD 21297


HSBC Card Services
P.O. Box 17332
Baltimore, MD 21297


HSBC Mortgage Corp.
Suite 0241
Buffalo, NY 14270


Internal Revenue Service
Insolvency Group 1
P.O. Box 266, Niagara Square Station
111 West Huron Street, Room 309
Buffalo, NY 14202


Isaac
180 Charlotte Street
Rochester, NY 14607


Kennedy & Schum
P.O. Box 102
43 Nichols Street
Spencerport, NY 14559


Lisa Wan
33 West Main Street
Victor, NY 14564


Mary Eadie
1807 Scottsville Road
Rochester, NY 14623


Mary Record
42181 West Main Street
Shortsville, NY 14548


Maureen Wolsiefer


Monroe Extinguisher Co., Inc.
P.O. Box 60980
Rochester, NY 14606

NCO Financial Systems, Inc.
P.O. Box 41457
Philadelphia, PA 19101


NYS Dept. of Tax & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYSEG
P.O. Box 5240
Binghamton, NY 13902


Ohio Wholesale
5180 Greenwich Road
Seville, OH 44273


Polar Magnetics
82 St. Regis Crescent North
Toronto, Ontario
Canada  M3J123


Rochester Gas & Electric
89 East Avenue
Rochester, NY 14649


Silver City Peuter
275-77 W. Seneca Street
Sherrill, NY 13461


Starlite Originals
11908 Ventura Boulevard
Studio City, CA 91604


Summit Federal Credit Union
100 Marina Drive
Rochester, NY 14626


THT Designs
10917 Harry Watanabe Parkway
La Vista, NE 68128


Wilmorite LLC
1265 Scottsville Road
Rochester, NY 14624